1  ROBERT C. SCHUBERT (S.B.N. 62684)
   WILLEM F. JONCKHEER (S.B.N. 178748)
2  **SCHUBERT JONCKHEER & KOLBE LLP**
   Three Embarcadero Center, Suite 1650
3  San Francisco, CA 94111
4  Telephone:  (415) 788-4220
   Facsimile:   (415) 788-0161
5  rschubert@schubertlawfirm.com
   wjonckheer@schubertlawfirm.com
6

7  JEFFREY M. NORTON
   **NEWMAN FERRARA LLP**
8  1250 Broadway, 27th Floor
   New York, New York 10001
9  Telephone:  (212) 619-5400
   Facsimile:   (212) 619-3090
10 jnorton@nfllp.com

11 *Attorneys for Movant Frank Fish*
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

| | |
|---|---|
| JOERG MUELLER, Individually and On Behalf of All Others Similarly Situated, | **Case No. 5:16-cv-04686-LHK** |
| Plaintiff, | **CERTIFICATION OF JEFFREY M. NORTON PURSUANT TO CIVIL L.R. 3-7(d)** |
| v. | |
| SOLARCITY CORPORATION, LYNDON R. RIVE, BRAD W. BUSS, and TANGUY SERRA, | |
| Defendants. | |

**Certification of Jeffrey M. Norton Pursuant to Civil L.R. 3-7(d)**
**Case No. 5:16-cv-04686-LHK**

Pursuant to Civil L.R. 3-7(d), I, Jeffrey M. Norton, proposed Co-Lead Counsel for the putative class in the above-captioned matter, affirm that I do not directly own or otherwise have a beneficial interest in securities that are the subject of this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October, 2016 in New York, New York.

/s/ *Jeffrey M. Norton* _____
Jeffrey M. Norton